*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 7, 2006

## CITY OF NEW HAVEN *v.* NORMAN TUCHMANN

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 787 (AC 26088), is denied.

*Benson A. Snaider,* in support of the petition.

Decided April 7, 2006

## ANTHONY R. FERRIGNO, TRUSTEE *v.* CROMWELL DEVELOPMENT ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 93 Conn. App. 799 (AC 26235), is denied.

*Max Stuart Case* and *Louis J. Bonsangue,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided April 7, 2006

## NATIONAL PUBLISHING COMPANY, INC. *v.* HARTFORD FIRE INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 234 (AC 23651), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's refusal to charge the jury on the defendant's late notice of special defense?"